IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01675-REB-KLM

MICHELLE STEVENS,

    Plaintiff and Counterclaim Defendant,

v.

DAVID MULAY,

    Defendant and Counterclaimant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Restrict Access to Exhibit Under D.C.COLO.LCivR 7.2(c)** [#69] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#69] is **GRANTED**.  The Clerk of the Court is directed to maintain Exhibit 16 to Plaintiff's Reply in Support of Her C.R.S. § 13-20-1101 Motion to Dismiss Counterclaimant's Second and Third Claims for Relief, Malicious Prosecution and Abuse of Process [#70] **UNDER RESTRICTION at LEVEL 1**.

    Dated:  October 27, 2020